IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HELENE BERETSKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | NO. 16-3668 |
| Acting Commissioner of Social Security | : | |
| Administration | | |

**O R D E R**

AND NOW, this 15th day of December, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review and defendant's Uncontested Motion for Remand (Doc. Nos. 7 & 24), and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Defendant's uncontested motion for remand is GRANTED, the decision of the Commissioner of the Social Security Administration is REVERSED, and the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER,    J.